**No. 10-6996. Clementine Newman, Petitioner v. Memphis Light, Gas & Water.**

562 U.S. 1253, 131 S. Ct. 1561, 179 L. Ed. 2d 367, 2011 U.S. LEXIS 1302.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1113, 131 S. Ct. 831, 178 L. Ed. 2d 565, 2010 U.S. LEXIS 9664.